

```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   SOUTHERN DISTRICT OF CALIFORNIA
 8   UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR270-H
                                    )
 9               Plaintiff,         )   I N F O R M A T I O N
                                    )
10        v.                        )   Title 21, U.S.C., Sec. 841(a)(1) -
                                    )   Possession of marijuana with
11   RICHARD FIGUEROA-MORENO (1),   )   Intent to Distribute; Title 18,
     DANIEL FIGUEROA-MORENO (2),    )   U.S.C., Sec. 2 - Aiding and
12   MARIA EUFELIA CORONA-CORDOVA(3),)  Abetting (Felony)
                                    )
13               Defendants.        )
     _____)
14
```

15     The United States Attorney charges:

16     On or about January 2, 2008, within the Southern District of
17 California, defendants RICHARD FIGUEROA-MORENO, DANIEL
18 FIGUEROA-MORENO, and MARIA EUFELIA CORONA-CORDOVA(3), did knowingly
19 and intentionally possess, with intent to distribute, approximately
20 1,738.68 kilograms (3,833.79 pounds) of marijuana, a Schedule I
21 Controlled Substance; in violation of Title 21, United States Code,
22 Section 841(a)(1) and Title 18, United States Code, Section 2.

23     DATED: January 31, 2008.

                                        KAREN P. HEWITT
                                        United States Attorney

                                        /s/ John F. Weis

                                        JEFFREY D. MOORE
                                        Assistant U.S. Attorney

JDM:rp:San Diego
1/31/08