AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Maria Eufelia Corona-Cordova

CASE NUMBER: 08CR 270-H

I, Maria Eufelia Corona-Cordova, the above named defendant, who is accused of

21 USC § 841(a)(1) Possession with Intent to Distribute; 18 USC § 2 Aiding & Abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/31/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

**FILED**
JAN 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Maria Corona Cordova
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd