

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL FIGUEROA-MORENO (1),<br>RICARDO FIGUEROA-MORENO (2),<br>MARIA EUFELIA<br>      CORONA-CORDOVA (3),<br><br>        Defendants. | Criminal Case No. 08CR0270H<br><br><u>I N F O R M A T I O N</u><br>**(Superseding)**<br><br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about January 2, 2008, within the Southern District of California, defendants DANIEL FIGUEROA-MORENO, RICARDO FIGUEROA-MORENO, and MARIA EUFELIA CORONA-CORDOVA, did knowingly and intentionally possess, with intent to distribute, approximately 1,738.68 kilograms (3,833.79 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: 2/13/08 .

                                        KAREN P. HEWITT
                                      United States Attorney

                                      *J. Moore*

                                      JEFFREY D. MOORE
                                      Assistant U.S. Attorney

JDM:rp:San Diego
2/12/08