PS 8
(8/88)

# United States District Court
## for

### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 26 AM 10:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

U. S. A. vs. CORONA-CORDOVA, MARIA EUFELIA          Docket No.08CR0270H-003

### Petition for Modification of Conditions of Pretrial Release

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant Maria Eufelia Corona-Cordova who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 17th day of January, 2008, under the following conditions:

restrict travel to Southern District of California; not to enter Mexico; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination of both.

On February 26, 2008, the Honorable Anthony J. Battaglia imposed an additional condition of release: live with sister or brother in the district who will be the sureties.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant's siblings are minors and reside with their parents in Mexicali, Mexico. Furthermore, the defendant is residing in Holtville, California, with family.

PRAYING THAT THE COURT WILL MODIFY THE CONDITIONS OF RELEASE TO ALLOW THE DEFENDANT TO RESIDE WITH FAMILY IN HOLTVILLE, CALIFORNIA.

ORDER OF COURT

Considered and ordered this 24th day of March, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Anthony J. Battaglia

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/20/08

Respectfully,

_____
Yolanda German, U.S. Pretrial Services Officer

Place    El Centro, California

Date    3/20/08