FILED
08 APR 10 AM 11:05
CLERK U.S. DISTRICT COURT

DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
APR 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIA EUFELIA CORONA-CORDOVA (3) <br><br> Defendant. | CASE NO. 08cr0270-H <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of all offenses as charged in the Information and Superseding Information.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 7, 2008

_____
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

I have executed within **Judgment of dismissal**
~~Judgment and Commitment~~ on **4/8/08**
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____